1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  FU LONG WU

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Criminal No. 2:08-cr-00064-MCE

12         Plaintiff,
                                          **STIPULATION AND ORDER TO**
13     v.                                 **VACATE AND RESET COURT**
                                          **APPEARANCE**
14 FU LONG WU,

15         Defendant.
   _____/
16

17

18         IT IS HEREBY STIPULATED, and respectfully requested, by and between Assistant

19 United States Attorney Michael Beckwith, counsel for plaintiff, and Douglas Horngrad,

20 counsel for FU LONG WU, that, with regard to defendant Fu Long Wu only, Mr. Wu's

21 February 28, 2008, court appearance be vacated and reset for February 29, 2008, at 2:00 p.m.,

22 or as soon thereafter as is convenient for the Court.  The reset is requested to accommodate

23 Mr. Wu's counsel's schedule.

24         The court interpreter coordinator Yolanda Riley Portal has been notified and has

25 //

26 //

27 //

28 //

1 indicated that February 29, 2008, is an available date for the interpreter's office.

2

3 Dated: February 25, 2008          /s/ Douglas Horngrad
                                                    Attorney for Defendant
4                                                     FU LONG WU

5

6 Dated: February 25, 2008          /s/ Michael Beckwith
                                                     MICHAEL BECKWITH
7                                                     Counsel for Plaintiff

8

9
       **IT IS SO ORDERED**
10

11 Dated: February 27, 2008.

12

13                                                      _____
14                                                     U.S. MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28