|  |  |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE<br><br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 2, 2008<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br><br>DEPUTY CLERK |

UNITED STATES OF AMERICA, )
                                        )         Case No. CR. S-08-0064 MCE
        Plaintiff,              )
v.                                        )        ORDER FOR RELEASE OF
                                        )        PERSON IN CUSTODY
FU LONG RICKY WU ,            )
                                        )
        Defendant.           )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  FU LONG RICKY WU , Case No. CR. S-08-0064 MCE , Charge  Title 21 USC § 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __     Release on Personal Recognizance

     _X_   Bail Posted in the Sum of $ 700,000 (secured by real property)

             __     Unsecured Appearance Bond

             __     Appearance Bond with 10% Deposit

             __     Appearance Bond with Surety

             __     Corporate Surety Bail Bond

     _X_   (Other)      with pretrial supervision and conditions of release.

Issued at  Sacramento, CA  on  May 2, 2008  at  3:30 p.m. .

                                                  By     **GREGORY G. HOLLOWS**
                                                           Gregory G. Hollows
                                                           United States Magistrate Judge