1  **DOUGLAS L. RAPPAPORT (SBN 136194)**
   **MICHELLE M. THOMSON (SBN 193658)**
2  **LAW OFFICES OF DOUGLAS L. RAPPAPORT**
   260 California Street, Suite 1002
3  San Francisco, CA 94111
   (415) 989-7900
4
   Attorneys for Defendant
5  **CANDY WU**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal No. 2:08-cr-00064-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MAY 22, 2008 STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| CANDY WU, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the plaintiff, and below signed counsel for each of the defendants in the above mentioned case, that the status conference now scheduled for May 22, 2008 at 10:00 a.m., is extended until July 24, 2008 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

This continuance is sought in order to permit further review of discovery, continuation of on-going investigation, and to research and set motions.

The defense and government are jointly requesting this continuance.

The court interpreter coordinator, Yolanda Riley Portal has been notified and has indicated that July 24, 2008 is an available date for the interpreter's office.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continues

//

//

to be excluded from May 22, 2008 through July 24, 2008, pursuant to 18 U.S.C.§ 3161 (h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

    IT IS SO STIPULATED.

Dated: 5-20-08                          /s/
**MICHAEL BECKWITH**
Counsel for Plaintiff

Dated: 5-20-08                          /s/
**DOUGLAS L. RAPPAPORT**
Counsel for CANDY WU

Dated: 5-20-08                          /s/
**DOUGLAS HORNGRAD**
Counsel for FU LONG WU

                                          ORDER

**IT IS SO ORDERED**

 Dated: May 27, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE