1  **DOUGLAS L. RAPPAPORT (SBN 136194)**
   **MICHELLE M. THOMSON (SBN 193658)**
2  **LAW OFFICES OF DOUGLAS L. RAPPAPORT**
   260 California Street, Suite 1002
3  San Francisco, CA 94111
   (415) 989-7900
4
   Attorneys for Defendant
5  **CANDY WU**

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,              Criminal No. 2:08-cr-0064
10
                   Plaintiff,             STIPULATION AND
11                                        ORDER TO CONTINUE
                                          OCTOBER 30, 2008
12                                        STATUS CONFERENCE AND
   v.                                     EXCLUDE TIME
13
   CANDY WU, et al.,
14                 Defendants.
   _____/
15

16      IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

17 Michael Beckwith, counsel for the plaintiff, and below signed counsel for each of the defendants

18 in the above mentioned case, that the status conference now scheduled for October 30, 2008 at

19 9:00 a.m., is extended until November 6, 2008 at 9:00 a.m., or as soon thereafter as is convenient

20 for the Court.

21      This continuance is sought in order to permit continuation of on-going investigation, and

22 to research and set motions.

23      The defense and government are jointly requesting this continuance.

24      The court interpreter coordinator, Yolanda Riley Portal has been notified and has

25 indicated that November 6, 2008 is an available date for the interpreter's office.

26      IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continues

27 //

28 //

to be excluded from October 30, 2008 through November 6, 2008, pursuant to 18 U.S.C.§ 3161 (h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

    IT IS SO STIPULATED.

Dated: October 9, 2008            /s/
**MICHAEL BECKWITH**
Counsel for Plaintiff

Dated: October 9, 2008            /s/
**DOUGLAS L. RAPPAPORT**
Counsel for CANDY WU

Dated: October 9, 2008            /s/
**DOUGLAS HORNGRAD**
Counsel for FU LONG WU

ORDER

**IT IS SO ORDERED**

Dated: October 14, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE