**DOUGLAS L. RAPPAPORT (SBN 136194)**
**MICHELLE M. THOMSON (SBN 193658)**
**LAW OFFICES OF DOUGLAS L. RAPPAPORT**
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
**CANDY WU**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CANDY WU, et al.,<br>　　　　　　　　　Defendants.<br>_____/ | Criminal No. 2:08-cr-00064-MCE<br>STIPULATION AND ORDER TO VACATE NOVEMBER 6, 2008 STATUS CONFERENCE, TO SET MOTIONS DATE AND TO EXCLUDE TIME |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the plaintiff, and below signed counsel for each of the defendants in the above mentioned case, that the status conference now scheduled for November 6, 2008, 2008 at 9:00 a.m., be vacated and a new date of February 26, 2009 at 9:00 a.m., or as soon thereafter as is convenient for the Court, be scheduled for hearing on defense pre-trial motions.

　　Additionally, the defense and government are jointly requesting the following control dates for the filing of motions:

　　　　(1)　　defense motions filed on or before December 5, 2008;

　　　　(2)　　government opposition filed on or before  January 30, 2009;

　　　　(3)　　defense optional reply briefs filed on or before February 16, 2009;

　　　　The court interpreter coordinator, Yolanda Riley Portal has been notified and has indicated

that February 26, 2009 is an available date for the interpreter's office.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continues to be excluded from November 6, 2008 through February 26, 2009, pursuant to 18 U.S.C.§ 3161 (h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4. The parties recognize that the time is automatically excluded once the motions are pending.

    IT IS SO STIPULATED.

Dated: October 29, 2008                              _____/s/_____
                                                     **MICHAEL BECKWITH**
                                                     Counsel for Plaintiff

Dated: October 29, 2008                              _____/s/_____
                                                     **DOUGLAS L. RAPPAPORT**
                                                     Counsel for CANDY WU

Dated: October 29, 2008                              _____/s/_____
                                                     **DOUGLAS HORNGRAD**
                                                     Counsel for FU LONG WU

ORDER

**IT IS SO ORDERED**.

Dated: November 3, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE