1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  FU LONG WU

7

8               UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Criminal No. 2:08-cr-00064-MCE

12          Plaintiff,
                                         **STIPULATION AND ORDER TO**
13     v.                                **COPY PASSPORT**

14  FU LONG WU,

15          Defendant.
    _____/
16

17      IT IS HEREBY STIPULATED, and respectfully requested, by and between Assistant

18  United States Attorney Michael Beckwith, counsel for plaintiff, and Douglas Horngrad,

19  counsel for FU LONG WU, that the Court order the clerk's office to photocopy Mr. Wu's

20  passport, in its entirety, and make those copies available for Mr. Wu to pick up at the clerk's

21  office.  This request is made on the grounds that Mr. Wu's passport was surrendered as a

22  condition of his release and Mr. Wu needs copies of his passport for submission to the

23  //
24  //
25  //
26  //
27  //
28  //

United States Citizenship and Immigration Service.

      IT IS SO STIPULATED

Dated: January 7, 2009                  /s/ Douglas Horngrad
                                                     DOUGLAS HORNGRAD
                                                     Attorney for Defendant
                                                     FU LONG WU

Dated: January 7, 2009                  /s/ Michael Beckwith
                                                     MICHAEL BECKWITH
                                                     Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: January 12, 2009       **/s Gregory G. Hollows**
                                           **HON. GREGORY G. HOLLOWS**
                                           **MAGISTRATE JUDGE**
                                           **U.S. DISTRICT COURT**

wu.passp