1 DOUGLAS I. HORNGRAD
Attorney at Law
2 California State Bar No. 95086
1736 Stockton Street
3 Maybeck Building Four
San Francisco, California 94133
4 Telephone: (415) 397-9509
Facsimile: (415) 397-9519
5
Attorney for Defendant
6 FU LONG WU

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    Criminal No. 2:08-cr-00064-MCE

12        Plaintiff,                            **STIPULATION AND ORDER TO
                                                RESET DEFENSE REPLY BRIEF
13   v.                                         FILING DEADLINE**

14 FU LONG WU, et al.,

15        Defendants.
                                    /
16

17

18      IT IS HEREBY STIPULATED by and between Assistant United States Attorney

19 Michael Beckwith, counsel for plaintiff, and below signed counsel for defendants Fu Long

20 Wu and Candy Wu that the deadline for the filing of defendants' optional reply briefs be

21 extended from February 16, 2009, to February 20, 2009.  The reset is respectfully requested

22 because counsel for Mr. Wu has been engaged in consecutive jury trials and will require

23 more time to prepare and file a reply brief.  Counsel for Mr. Wu has spoken to Mr.

24 //

25 //

26 //

27 //

28 //

1  Rappaport's office and is informed that Mr. Rappaport joins in this request as well, due to
2  the press of business.
3       SO STIPULATED

5  Dated: February 6, 2009                /s/ Douglas Horngrad
                                          DOUGLAS HORNGRAD
6                                         Attorney for Defendant
                                          FU LONG WU

9  Dated: February 6, 2009                /s/ Douglas Rappaport
                                          DOUGLAS RAPPAPORT
10                                        Attorney for Defendant
                                          CANDY WU

13 Dated: February 6, 2009                /s/ Michael Beckwith
                                          MICHAEL BECKWITH
14                                        Assistant U.S. Attorney
                                          Counsel for Plaintiff

17       **IT IS SO ORDERED.**

18  Dated:  February 11, 2009

                                          _____
20                                        MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE