LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICKY WU, and ) <br> CANDY WU ) <br> ) <br> Defendants. ) <br> _____ ) | No. 2:08-cr-00064-MCE <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME <br><br><br><br><br> Hon. Morrison C. England |

The parties request that the status conference currently set for April 30, 2009, be continued to July 16, 2009, and stipulate that the time beginning April 30, 2009, and extending through July 16, 2009, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

The attorneys for each defendant need more time to review the discovery in this case. The parties stipulate and agree that the interests of justice served by granting this continuance

outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 28, 2009   By: /s/ Michael M. Beckwith
                        MICHAEL M. BECKWITH
                        Assistant U.S. Attorney

Dated: April 28, 2009   By: /s/ Douglas Horngrad
                        DOUGLAS HORNGRAD
                        Attorney for defendant
                        Ricky Wu

Dated: April 28, 2009   By: /s/ Douglas L. Rappaport
                        DOUGLAS L. RAPPAPORT
                        Attorney for defendant
                        Candy Wu

**ORDER**

For the reasons stated above, the status conference in case number CR. S 08-00064-MCE, currently set for April 30, 2009, is continued to July 16, 2009; and the time beginning April 30, 2009, and extending through July 16, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE