**DOUGLAS L. RAPPAPORT (SBN 136194)**
**MICHELLE M. THOMSON (SBN 193658)**
**LAW OFFICES OF DOUGLAS L. RAPPAPORT**
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
**CANDY WU**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>CANDY WU, et al.,<br>            Defendants.<br>_____/ | Criminal No. 2:08-cr-0064<br>STIPULATION AND ORDER TO CONTINUE JULY 16, 2009 STATUS CONFERENCE AND EXCLUDE TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the plaintiff, and below signed counsel for each of the defendants in the above mentioned case, that the status conference now scheduled for July 16, 2009 at 9:00 a.m., is extended until August 27, 2009 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

This continuance is sought in order to permit continuation of on-going investigation and settlement negotiations.

The defense and government are jointly requesting this continuance.

The court interpreter coordinator, Yolanda Riley Portal has been notified and has indicated that August 27, 2009 is an available date for the interpreter's office.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continues

//

//

to be excluded from July 16, 2009 through August 27, 2009, pursuant to 18 U.S.C.§ 3161 (h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

IT IS SO STIPULATED.

Dated: 7-14-09

/s/
**MICHAEL BECKWITH**
Counsel for Plaintiff

Dated: 7-14-09

/s/
**DOUGLAS L. RAPPAPORT**
Counsel for CANDY WU

Dated: 7-14-09

/s/
**DOUGLAS HORNGRAD**
Counsel for FU LONG WU

ORDER

**IT IS SO ORDERED**.

Dated: July 15, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE