UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $38,198.63 IN U.S. CURRENCY SEIZED FROM SCOTTRADE INVESTMENT ACCOUNT NUMBER 198-30999-10,<br><br>　　　　Defendant.<br>_____/ | No. 2:08-cv-01384-MCE-GGH<br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FU LONG RICKY WU, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 2:08-cr-00064-MCE |

　　The Court received the Notice of Related Cases filed September 11, 2009. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997).

///

1  The actions involve the same parties, are based on the same or a
2  similar claim, and involve the same property transaction or
3  event.
4      Because the cases are already assigned to the same district
5  judge, this Order is issued for informational purposes only and
6  shall have no effect on the status of the cases.

 Dated: September 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE