1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  FU LONG WU

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Criminal No. 2:08-cr-00064-MCE

12         Plaintiff,
                                          **STIPULATION AND ORDER TO**
13     v.                                 **CONTINUE OCTOBER 15, 2009,**
                                          **STATUS CONFERENCE AND**
14 FU LONG WU,                            **EXCLUDE TIME**

15         Defendant.
   _____/
16
       IT IS HEREBY STIPULATED by and between Assistant United States Attorney,
17
   Michael Beckwith, counsel for the plaintiff, and below signed counsel for each of the
18
   defendants in the above mentioned case, that the status conference now scheduled for
19
   October 15, 2009, at 9:00 a.m., is extended until November 5, 2009, at 9:00 a.m., or as soon
20
   thereafter as is convenient for the Court.
21
       This continuance is sought in order to permit continuation of on-going investigation
22
   and settlement negotiations.
23
       The defense and government are jointly requesting this continuance.
24
       The court interpreter coordinator, Yolanda Riley Portal, has been notified and has
25
   indicated that November 5, 2009, is an available date for the interpreter's office.
26
       IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act
27
   continues to be excluded from October 15, 2009, through November 5, 2009, pursuant to 18
28

1  U.S.C.§ 3161 (h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

3      IT IS SO STIPULATED.

5  Dated:10-13-09                              /s/
                                               _____
                                               **MICHAEL BECKWITH**
6                                              Counsel for Plaintiff

7  Dated: 10-13-09                             /s/
                                               _____
8                                              **DOUGLAS L. RAPPAPORT**
                                               Counsel for CANDY WU

10
11 Dated: 10-13-09                             /s/
                                               _____
                                               **DOUGLAS HORNGRAD**
                                               Counsel for FU LONG WU

14
15     **IT IS SO ORDERED.**

16  Dated:  October 14, 2009

                                               _____
                                               MORRISON C. ENGLAND, JR.
                                               UNITED STATES DISTRICT JUDGE