STEVEN F. GRUEL (CSBN 213148)
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-2:08-CR-00064-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE THE JANUARY 28, 2010, STATUS CONFERENCE AND EXCLUDE TIME |
| Vs. | ) |
| RICKY FU LONG WU, et al., | ) Honorable Morrison C. England |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the Plaintiff, and below signed counsel for each of the defendants in the above captioned case, that the status conference currently scheduled for January 28, 2010, at 9:00 a.m., is continued to March 25, 2010, at 9:00 a.m., or as soon thereafter as is convenient for the Court.

This continuance is sought in order for new counsel for defendant Candy Wu to review the discovery in this case, permit on-going investigation and settlement negotiations. Furthermore, this additional time is needed in that counsel for Candy Wu is currently scheduled to begin a jury trial involving a federal theft of trade secret prosecution before Judge Marilyn Hall Patel on February 16, 2010.

The government and defense are jointly requesting this continuance.

The Court interpreter coordinator, Yolanda Riley Portal, has been notified of this continuance and has indicated that March 25, 2010, is an available date for the interpreter's office.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continues to be excluded from January 28, 2010 to March 25, 2010, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(ii) and (iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: January 26, 2010   ___/s/_____
STEVEN F. GRUEL
Attorney for Candy Wu

Dated: January 26, 2010   ____/s/_____
DOUGLAS HORNGRAD
Attorney for Ricky Fu Long Wu

Dated: January 26, 2010   ___/s/_____
MICHAEL BECKWITH
Attorney for United States of America

ORDER

IT IS SO ORDERED.

DATED:  January 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE