STEVEN F. GRUEL (CSBN 213148)
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-2:08-CR-00064-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE THE MARCH 25, 2010, STATUS CONFERENCE AND EXCLUDE TIME |
| Vs. | |
| RICKY FU LONG WU, et al., | ) Honorable Morrison C. England |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the Plaintiff, and below signed counsel for each of the defendants in the above captioned case, that the status conference currently scheduled for March 25, 2010, at 9:00 a.m., is continued to May 27, 2010 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

   This continuance is sought in order for new counsel for defendant Candy Wu to review the discovery in this case, permit on-going investigation and settlement negotiations. The government and defense are jointly requesting this continuance.

The Court interpreter coordinator, Yolanda Riley Portal, has been notified of this continuance and has indicated that May 27, 2010, is an available date for the interpreter's office.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continues to be excluded from March 25, 2010 to May 27, 2010, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(ii) and (iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: March 22, 2010     ___/s/_____
                                        STEVEN F. GRUEL
                                        Attorney for Candy Wu

Dated: March 22, 2010     _____/s/_____
                                        DOUGLAS HORNGRAD
                                        Attorney for Ricky Fu Long Wu

Dated: March 22, 2010     __/s/_____
                                        MICHAEL BECKWITH
                                        Attorney for United States of America

<u>ORDER</u>

IT IS SO ORDERED.

DATED: March 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE