STEVEN F. GRUEL (CSBN 213148)
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　Vs.<br><br>RICKY FU LONG WU, et al.,<br><br>　　　　　Defendants. | No. CR-2:08-CR-00064-MCE<br><br>STIPULATION AND ORDER TO CONTINUE THE MAY 27, 2010, STATUS CONFERENCE AND EXCLUDE TIME<br><br>Honorable Morrison C. England |

　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the Plaintiff, and below signed counsel for each of the defendants in the above captioned case, that the status conference currently scheduled for May 27, 2010, at 9:00 a.m., is continued to June 24, 2010 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

　　This continuance is sought in order for all counsel to discuss the fact that new State charges are being filed in Butte County pertaining to this case, for defense counsel to review the discovery in that and this case, to permit on-going investigation, defense preparation and

settlement negotiations.   The government and defense are jointly requesting this continuance and agree that the ends of justice are served by granting such continuance and outweigh the best interests of the public and the defendants in a speedy trial.

The Court interpreter coordinator, Yolanda Riley Portal, has been notified of this continuance and has indicated that June 24, 2010, is an available date for the interpreter's office.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continues to be excluded from May 25, 2010 to June 24, 2010, pursuant to Title 18,United States Code, Sections 3161(h)(7)(A) and (B) (iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: May 26, 2010          ___/s/_____
                              STEVEN F. GRUEL
                              Attorney for Candy Wu

Dated: May 26, 2010          _____/s/_____
                              DOUGLAS HORNGRAD
                              Attorney for Ricky Fu Long Wu

Dated: May 26, 2010          __/s/_____
                              MICHAEL BECKWITH
                              Attorney for United States of America

ORDER

IT IS SO ORDERED.
Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE