STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-2:08-CR-00064-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE THE AUGUST 26, 2010, STATUS CONFERENCE AND EXCLUDE TIME |
| Vs. | |
| RICKY FU LONG WU, et al., | ) Honorable Morrison C. England |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the Plaintiff, and below signed counsel for each of the defendants in the above captioned case, that the status conference currently scheduled for August 26, 2010, at 9:00 a.m., is continued to October 28, 2010 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

///

///

1  This continuance is sought in order for all counsel to discuss the fact that new and related
2  state charges were filed in Butte County pertaining to this case, for defense counsel to review the
3  discovery in that and this case, to permit on-going investigation, defense preparation and
4  settlement negotiations.   The government and defense are jointly requesting this continuance
5  and agree that the ends of justice are served by granting such continuance and outweigh the best
6  interests of the public and the defendants in a speedy trial.
7   The Court interpreter coordinator, Yolanda Riley Portal, has been notified of this
8  continuance and has indicated that October 28, 2010, is an available date for the interpreter's
9  office.
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continues to be excluded from August 26, 2010 to October 28, 2010, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B) (iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:   August 24, 2010          /s/
                                  STEVEN F. GRUEL
                                  Attorney for Candy Wu

Dated: August 24, 2010            /s/
                                  DOUGLAS HORNGRAD
                                  Attorney for Ricky Fu Long Wu

Dated: August 24, 2010            /s/
                                  MICHAEL BECKWITH
                                  Attorney for United States of America

<u>ORDER</u>

IT IS SO ORDERED.

DATED: August 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE