STEVEN F. GRUEL (CSBN 213148)
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net
www.gruellaw.com
Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    Vs.<br><br>RICKY FU LONG WU, et al.,<br><br>           Defendants. | ) No. CR-2:08-CR-00064-MCE<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE THE NOVEMBER 18, 2010,<br>) STATUS CONFERENCE AND EXCLUDE<br>) TIME<br>)<br>) Honorable Morrison C. England<br>)<br>) |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the Plaintiff, and below signed counsel for each of the defendants in the above captioned case, that the status conference currently scheduled for October 27, 2010, at 9:00 a.m., is continued to November 18, 2010 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

    This continuance is sought in order for all counsel to discuss the fact that new and related state charges were filed in Butte County pertaining to this case, for defense counsel to review the discovery in that and this case, to permit on-going investigation, defense preparation and settlement negotiations.   Additionally, a third defendant has recently appeared in this case.

Consequently, he needs the additional time to review the discovery in this case. The government and defense are jointly requesting this continuance and agree that the ends of justice are served by granting such continuance and outweigh the best interests of the public and the defendants in a speedy trial.

The Court interpreter coordinator, Yolanda Riley Portal, has been notified of this continuance and has indicated that November 18, 2010, is an available date for the interpreter's office.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continues to be excluded from October 27, 2010 to November 18, 2010, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: October 22, 2010        /s/
                               STEVEN F. GRUEL
                               Attorney for Candy Wu

Dated: October 22, 2010        /s/
                               DOUGLAS HORNGRAD
                               Attorney for Ricky Fu Long Wu

Dated: October 22, 2010        /s/
                               TED W. CASSMAN
                               Attorney for Chi Keung Hui

Dated: October 22, 2010        /s/
                               MICHAEL BECKWITH
                               Attorney for United States of America

IT IS SO ORDERED.

DATED: October 28, 2010

                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE