STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　Vs.<br><br>RICKY FU LONG WU, et al.,<br><br>　　　　　Defendants. | No. CR-2:08-CR-00064-MCE<br><br>STIPULATION AND ORDER TO CONTINUE THE NOVEMBER 18, 2010, STATUS CONFERENCE AND EXCLUDE TIME<br><br>Honorable Morrison C. England |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the Plaintiff, and below signed counsel for each of the defendants in the above captioned case, that the status conference currently scheduled for November 18, 2010, at 9:00 a.m., is continued to January 6, 2011 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

///

///

1  This continuance is sought in order for all counsel to discuss the fact that new and related
2  state charges were filed in Butte County pertaining to this case, for defense counsel to review the
3  discovery in that and this case, to permit on-going investigation, defense preparation and
4  settlement negotiations.   Additionally, a third defendant has recently appeared in this case.
5  Consequently, he needs the additional time to review the discovery in this case. The government
6  and defense are jointly requesting this continuance and agree that the ends of justice are served
7  by granting such continuance and outweigh the best interests of the public and the defendants in
8  a speedy trial.
9  The Court interpreter coordinator, Yolanda Riley Portal, has been notified of this
10 continuance and has indicated that January 6, 2011, is an available date for the interpreter's
11 office.
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continues to be excluded from November 18, 2010, to January 6, 2011, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B) (iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: November 17, 2010    /s/
    STEVEN F. GRUEL
Attorney for Candy Wu

Dated: November 17, 2010    /s/
DOUGLAS HORNGRAD
Attorney for Ricky Fu Long Wu

Dated: November 17, 2010    /s/
TED W. CASSMAN
Attorney for Chi Keung Hui

Dated: November 17, 2010    /s/
MICHAEL BECKWITH
Attorney for United States of America

IT IS SO ORDERED.

DATED: November 30, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE