1 DOUGLAS I. HORNGRAD
Attorney at Law
2 California State Bar No. 95086
1736 Stockton Street
3 Maybeck Building Four
San Francisco, California 94133
4 Telephone: (415) 397-9509
Facsimile: (415) 397-9519
5
Attorney for Defendant
6 FU LONG WU

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Criminal No. 2:08-cr-00064 MCE

12          Plaintiff,
                                     **STIPULATION AND ORDER TO**
13     v.                            **RESET COURT APPEARANCE**

14
FU LONG WU,
15
            Defendant.
16 _____/

17     IT IS HEREBY STIPULATED, and respectfully requested, that Mr. Wu's current

18 sentencing date of August 9, 2012, be vacated and reset for October 18, 2012, at 9:00 a.m.,

19 or as soon thereafter as is convenient for the Court.

20     Counsel for defendant has contacted Court Interpreter Coordinator's Office and is

21 informed that an interpreter is available for the proposed new date.  Counsel for defendant

22 has contacted the United States Probation Office and is informed that the Probation Office

23 is available for the proposed new date.

24 ///

25 ///

26 ///

27 ///

28 ///

1 IT IS SO STIPULATED.

Dated: July 30, 2012                /s/ Douglas Horngrad
                                    DOUGLAS HORNGRAD
                                    Attorney for FU LONG WU

Dated: July 30, 2012                /s/ Michael Beckwith
                                    MICHAEL BECKWITH
                                    Counsel for Plaintiff

## ORDER

In accordance with the foregoing stipulation, Defendant's Judgment and Sentencing, which had been set for August 9, 2012, is hereby rescheduled to October 18, 2012 at 9:00 a.m.

**IT IS SO ORDERED**

Dated:  August 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE