1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  FU LONG WU

7

8             UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Criminal No. 2:08-cr-00064 MCE

12         Plaintiff,
                                        **STIPULATION AND ORDER TO**
13     v.                               **RESET SENTENCING**

14
    FU LONG WU,
15
           Defendant.
16  _____/

17      It is hereby stipulated by and between defendant FU LONG WU, and counsel for the

18  prosecution that the sentencing hearing in the above-referenced matter should be continued

19  from October 18, 2012, to February 28, 2013, at 9:00 a.m.  It is further stipulated that there

20  is good cause for said continuance to accommodate counsels' schedules and developments

21  relating to the remaining co-defendant.

22

23  Dated: October 16, 2012            /s/ Douglas Horngrad
                                       DOUGLAS HORNGRAD
24                                     Attorney for FU LONG WU

25
    Dated: October 16, 2012            /s/   Michael Beckwith
26                                     MICHAEL BECKWITH
                                       Assistant U.S. Attorney
27

28  //

ORDER

For the reasons stated above, the sentencing hearing in this matter, currently set for October 18, 2012, shall be continued to February 28, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 22, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE