1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street, # 4
3  San Francisco, California 94133
   Telephone: (415) 397-9509
4  Facsimile: (415) 397-9519

5  Attorney for Defendant
   FU LONG WU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal No. 2:08-cr-00064-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO RESET SENTENCING** |
| v. | |
| FU LONG WU, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, that the defendants' current sentencing date of March 7, 2013, be vacated and reset for May 2, 2013, at 9:00 a.m., or as soon thereafter as is convenient for the Court. It is further stipulated that there is good cause for said continuance to accommodate counsels' schedules. Counsel for Mr. Wu has a scheduling conflict due to a preliminary hearing in the Alameda County Superior Court charging the attempted murder of a police officer. Counsel for Mr. Hui also has a scheduling conflict. Counsel for Ms. Wu and counsel for the prosecution join in this request.

Ms. Fowler, the Probation Officer in the Wus' cases, indicates that she needs additional time to update the sentencing reports, and therefore joins in this request for a continuance.

Ms. Besabe, the Probation Officer in Mr. Hui's case, indicates that the proposed date is available, as does the Court Interpreter Coordinator.

IT IS SO STIPULATED

Dated: February 22, 2013        /s/ Douglas Horngrad
                                DOUGLAS HORNGRAD
                                Attorney for FU LONG WU

Dated: February 22, 2013        /s/ Ted Cassman
                                TED CASSMAN
                                Attorney for CHI KEUNG HUI

Dated: February 22, 2013        /s/ Steven Gruel
                                STEVEN GRUEL
                                Attorney for CANDY WU

Dated: February 22, 2013        /s/ Michael Beckwith
                                MICHAEL BECKWITH
                                Counsel for Plaintiff

## ORDER

For the reasons stated above, the sentencing hearings in this matter, currently set for March 7, 2013, shall be continued to May 2, 2013, at 9:00 a.m.

**IT IS SO ORDERED**

Dated: February 27, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

(For Judge Morrison C. England, Jr)